IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Respondent,

vs.

WALTER MELENDREZ-LEIVA,
aka Walter Melendrez-Leyva,

    Movant.

No. CR S-04-0097 MCE KJM P

ORDER

Respondent has requested an extension of time to file an answer pursuant to the court's order of May 23, 2005.  Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondent's June 21, 2005 request for an extension of time is granted; and

    2. Respondent's July 22, 2005 answer is deemed timely.

DATED: July 26, 2005.

UNITED STATES MAGISTRATE JUDGE

1/bb
mele0097.236