IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:04-cr-00097-MCE-KJM P |
| Respondent, | |
| vs. | <u>ORDER</u> |
| WALTER MELENDREZ-LEIVA,<br>aka Walter Melendrez-Leyva, | |
| Movant. | |

Movant, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2255. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On February 12, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty days. No objections to the findings and recommendations have been filed.

///

///

///

1

1     Although it appears from the file that movant's copy of the findings and
2 recommendations were returned, movant was properly served.  It is the movant's responsibility to
3 keep the court apprised of his current address at all times.  Pursuant to Local Rule 83-182(f),
4 service of documents at the record address of the party is fully effective.
5     The court has reviewed the file and finds the findings and recommendations to be
6 supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
7 ORDERED that:
8     1. The findings and recommendations filed February 12, 2008, are adopted in full;
9     2. Movant's November 1, 2004 application for writ of habeas corpus is denied;
10     3. This actions is dismissed; and
11     4. The Clerk of the Court is directed to close the companion civil case Civ S-04-2339
12 MCE KJM P.

Dated:  March 13, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE